# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br>  v.<br>CESAR ZAVALA-VASQUEZ,<br><br>                            Defendant. | CASE NO. 12cr3990<br>             13cv1109<br><br>**ORDER** |

HAYES, Judge:

The matter pending before the Court is the Certificate of Appealability for the Notice of Appeal (ECF No. 24) filed by Defendant.

On May 23, 2013, this Court entered an order denying Defendant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The Court concluded that the Defendant was not entitled to relief on the grounds that he waived his right to collaterally attack the sentence imposed under the terms of the plea agreement. (ECF No. 23).

On April 23, 2012, Defendant filed a Notice of Appeal. (ECF No. 24).

A certificate of appealability must be obtained in order to pursue an appeal from a final order in a Section 2255 habeas corpus proceeding. 28 U.S.C. § 2253(c)(1)(B). A certificate of appealability may issue "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The Court finds that the Defendant has not made a substantial showing that this Court's conclusion that Defendant waived his right to collaterally attack the sentence imposed under the terms of the plea agreement denies him any

constitutional right.

## CONCLUSION

IT IS HEREBY ORDERED that the Certificate of Appealability filed by Defendant (ECF No. 24) is denied.

DATED: July 24, 2013

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge